SADIE L. SHAPIRO, Appellant, v. MAX LEVINSON and Others, Respondents.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

GEORGE A. KELLOGG, Appellant, v. JANET P. KELLOGG, Respondent.— Order modified by reducing the amount of counsel fee to $1,000, and as so modified unanimously affirmed. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

NITKE BROTHERS, INC., Respondent, v. JACOB LAITMAN and Another, Doing Business under the Firm Name and Style of LAITMAN & LAITMAN, Appellants.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

MARY A. BAKER, Appellant, v. UNITED TRACTION COMPANY, Respondent. EDWARD E. BAKER, Appellant, v. UNITED TRACTION COMPANY, Respondent.— Judgments and orders reversed, on the law and facts, and new trial granted, with costs in one action to the appellant to abide the event, on the ground that the verdict is against the weight of the evidence, and because the occurrences on the trial require a new trial in the interests of justice. Appeal from order denying motion for new trial on the ground of newly-discovered evidence dismissed, without costs. Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ., concur.

FRED W. BARRY, Respondent, v. BOSTON AND MAINE RAILROAD, Appellant.— Judgment and order affirmed, with costs. Whitmyer, Hill and Hasbrouck, JJ., concur; Hinman, J., dissents and votes for reversal and new trial on the ground that on the testimony of the plaintiff himself the verdict of the jury is against the weight of the evidence as to the negligence of the defendant; and on the further ground that the court erred in refusing to charge, as requested, that " if Davis did actually direct his remarks to Smith and that Barry erroneously thought Davis was directing his remarks to him, that that was Barry's error and he cannot recover." Van Kirk, P. J., concurs with Hinman, J., on the latter ground.

MADDEN LUMBER COMPANY, Respondent, v. JOHN B. LURIE, as Receiver of the Property of RAY N. HEWETT, INC. ADAM T. OGONOWSKI, as Trustee in Bankruptcy of RAY N. HEWETT, INC., Bankrupt, Appellant.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

MAX JACOBSON, Respondent, v. SAMUEL J. VAN KLEECK, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Hinman, Davis, Whitmyer, Hill and Hasbrouck, JJ.

RICHARD MARTIN MESICK, an Infant, by ERNEST G. MESICK, His Guardian ad Litem, Respondent, v. VALATIE MILLS CORPORATION, Appellant.— Judgment and order reversed on the facts, on the ground that the verdict is excessive, and new trial granted, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the verdict to $2,500, in which event the judgment is so modified and as modified the judgment and order are affirmed, without costs. Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ., concur.

WILLIAM H. BIXBY and Another, Respondents, v. H. STEWART BARBER and Another, Appellants.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.